IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISIDRO PENA SOTO,

    Petitioner,               No. 2:11-cv-0787 KJN P

    vs.

R. LOPEZ, Warden,

    Respondent.           [~~PROPOSED~~] ORDER

_____/

    On application of counsel and good cause appearing, respondent's request for an extension of time (Dkt. No. 10) is granted. The time to file the response to the habeas petition is extended to and including August 16, 2011.

    SO ORDERED.

DATED: June 15, 2011

                                      /s/ Kendall J. Newman
                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE

soto0787.eot.rspns.

1