IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISIDRO PENA SOTO,<br><br>             Petitioner,<br><br>      vs.<br><br>R. LOPEZ, Warden, California State Prison, Corcoran,<br><br>             Respondent. | No. 2:11-cv-00787-JKS<br><br>ORDER<br>[Re:  Motion at Docket No. 26] |

At Docket No. 26 Isidro Pena Soto, a state prisoner appearing *pro se*, filed a motion for leave to proceed *in forma pauperis* on appeal.  This Court previously granted Soto *in forma pauperis* status.[1]  In addition, there is no filing fee required for a state prisoner to appeal from the denial of a petition for a writ of habeas corpus under 28 U.S.C. § 2254.[2]  Consequently, the current motion is unnecessary.

**IT IS THEREFORE ORDERED THAT** the Application to Continue In Forma Pauperis at Docket No. 26 is **DENIED** as moot.

Dated:  November 19, 2012.

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge

---

[1] Docket No. 6.

[2] *Naddi v. Hill*, 106 F.3d 275, 277 (9th Cir. 1997).